**FLORIDA ROCK INDUSTRIES, INC.,**
**Plaintiff–Counter, Defendant–**
**Appellant,**

v.

**ESCAMBIA SAND & GRAVEL**
**COMPANY, INC., Defendant–**
**Counter, Claimant–Appellee.**

**No. 14–13032.**

United States Court of Appeals,
Eleventh Circuit.

May 26, 2015.

Hillary Lynn Chinigo, Matthew Howard Lembke, Bradley Arant Boult Cummings, LLP, Birmingham, AL, Michael D. Knight, McDowell Knight Roedder & Sledge, LLC, Mobile, AL, for Plaintiff–Appellant.

Bruce Jones McKee, John W. Haley, Hare Wynn Newell & Newton, LLP, Birmingham, AL, M. Warren Butler, Starnes

ing herself until after she met Chin.

542

Davis Florie, LLP, Mobile, AL, for Defendant–Appellee.

Before HULL, ANDERSON, and FARRIS,* Circuit Judges.

PER CURIAM:

We have had the benefit of oral argument in this case and have carefully considered the briefs and the record. We affirm the judgment of the district court on the basis of the comprehensive opinion of the district court dated June 6, 2014, with one caveat. We need not decide whether the potential adjustment to the forty-year term of the lease (i.e. an adjustment based upon a deviance from the expected volume of mineral reserves on the smaller Fuller property) was mandatory, or rather was subject only to the mutual agreement of the parties. In either case, for the reasons fully explored at oral argument, that would not transform the lease from one for years into a mere tenancy at will.

AFFIRMED

---

* Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by